# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Friedland, Michelle T. | Ninth Circuit | 05/14/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

James R. Browning Courthouse
95 Seventh Street
San Fancisco, CA 94103

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Director | Silicon Valley Campaign for Legal Services (resigned April 3, 2017) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedland, Michelle T. | 05/14/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | _____ . - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Yale Law School | April 18, 2017 | New Haven, CT | Moot court | Transportation, food, and lodging |
| 2. | University of Chicago Law School | October 12, 2017 | Chicago, IL | Edward Levi Distinguished Visiting Jurist | Transportation, food, and lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedland, Michelle T. | 05/14/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK OF AMERICA CASH ACCOUNT | A | Interest | K | T | | | | | |
| 2. STANFORD FEDERAL CREDIT UNION CASH ACCOUNT | A | Interest | K | T | | | | | |
| 3. INVESTMENT ACCOUNT #1 (H) | | | | | | | | | |
| 4. VANGUARD 500 INDEX FUND ADMIRAL SHARES (VFIAX) | D | Dividend | N | T | | | | | |
| 5. VANGUARD PRIME MONEY MARKET FUND (SWEEP ACCOUNT) (VMMXX) | A | Int./Div. | J | T | | | | | |
| 6. VANGUARD TOTAL INTL STOCK INDEX FUND ADMIRAL SHARES (VTIAX) | D | Dividend | M | T | Buy (add'l) | 01/23/17 | J | | |
| 7. INVESTMENT ACCOUNT #2 (H) | | | | | | | | | |
| 8. VANGUARD 500 INDEX FUND ADMIRAL SHARES (VFIAX) | D | Dividend | N | T | | | | | |
| 9. VANGUARD PRIME MONEY MARKET FUND (SWEEP ACCOUNT) (VMMXX) | A | Int./Div. | J | T | | | | | |
| 10. VANGUARD TOTAL INTL STOCK INDEX FUND ADMIRAL SHARES (VTIAX) | D | Dividend | M | T | Buy (add'l) | 01/23/17 | J | | |
| 11. IRA #1 (H) | | | | | | | | | |
| 12. VANGUARD EXTENDED MKT INDEX ADM (VEXAX) | B | Dividend | M | T | | | | | |
| 13. VANGUARD TOTAL INTL BOND IX ADM (VTABX) | C | Dividend | M | T | | | | | |
| 14. ISHARES IBOXX $ INVESTMENT GRADE CORP BOND ETF (LQD) (Y) | | | | | | | | | |
| 15. OPPENHEIMER REV WEIGHTED SMALL CAP ETF (RWJ) (Y) | | | | | | | | | |
| 16. FIDELITY SPARTAN TOTAL MARKET INDEX FUND (FSTVX) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedland, Michelle T. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. FIDELITY SPARTAN EXTENDED MARKET INDEX FUND (FSEVX) (Y) | | | | | | | | | |
| 18. IRA #2 (H) | | | | | | | | | |
| 19. VANGUARD TOTAL INTL BOND INDEX ADMIRAL SHARES (VTABX) | A | Dividend | J | T | | | | | |
| 20. VANGUARD TOTAL BOND MKT INDEX ADMIRAL SHARES (VBTLX) | D | Dividend | O | T | | | | | |
| 21. IRA #3 (H) | | | | | | | | | |
| 22. VANGUARD PRIME MONEY MARKET FUND (SWEEP ACCOUNT) (VMMXX) | A | Int./Div. | L | T | | | | | |
| 23. VANGUARD VALUE INDEX FUND ADMIRAL SHARES (VVIAX) | B | Dividend | L | T | | | | | |
| 24. IRA #4 (H) | | | | | | | | | |
| 25. VANGUARD EXTENDED MKT IDX ADM CL (VEXAX) | A | Dividend | L | T | | | | | |
| 26. IRA #5 (H) | | | | | | | | | |
| 27. VANGUARD TOTAL INTL BOND INDEX ADMIRAL CL (VTABX) (X) | B | Dividend | L | T | | | | | |
| 28. RETIREMENT ACCOUNT #2 (H) | | | | | | | | | |
| 29. JOHN HANCOCK MULTI-INDEX 2040 PRESER (FORMERLY TARGET RETIREMENT 2040) | A | Dividend | | | Sold | 12/29/17 | M | E | |
| 30. COLLEGE SAVINGS PLAN #1 (H) | | | | | | | | | |
| 31. SCHOLARSHARE PASSIVE GROWTH PORTFOLIO | | None | M | T | | | | | |
| 32. COLLEGE SAVINGS PLAN #2 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedland, Michelle T. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 33. SCHOLARSHARE PASSIVE GROWTH PORTFOLIO | | None | M | T | | | | | |
| 34. TRUST ACCOUNT #1-1 (H) | | | | | | | | | |
| 35. VANGUARD EUROPEAN STOCK INDEX FUND ADMIRAL SHARES (VEUSX) (Y) | | | | | | | | | |
| 36. VANGUARD EXTENDED MARKET INDEX ADM (VEXAX) | C | Dividend | N | T | Buy (add'l) | 05/24/17 | J | | |
| 37. | | | | | Buy (add'l) | 06/21/17 | J | | |
| 38. VANGUARD TOTAL INT'L STOCK INDEX FUND ADMIRAL SHARES (VTIAX) | D | Dividend | N | T | | | | | |
| 39. VANGUARD TOTAL BOND MARKET INDEX ADM (VBTLX) | A | Dividend | M | T | Buy | 05/15/17 | J | | |
| 40. | | | | | Buy (add'l) | 12/04/17 | L | | |
| 41. VANGUARD TOTAL STOCK MARKET INDEX FUND ADMIRAL SHARES (VTSAX) | D | Dividend | N | T | | | | | |
| 42. VANGUARD 500 INDEX FUND ADM (VFIAX) | D | Dividend | O | T | Buy (add'l) | 05/15/17 | J | | |
| 43. | | | | | Sold (part) | 12/04/17 | L | F | |
| 44. TRUST ACCOUNT #1-2 (H) | | | | | | | | | |
| 45. OPPENHEIMER REV WEIGHTED SMALL CAP ETF (RWJ) | A | Dividend | L | T | | | | | |
| 46. CALIFORNIA STATE VARIOUS PURPOSE BOND | A | Interest | J | T | | | | | |
| 47. TRUST ACCOUNT #1-3 (H) | | | | | | | | | |
| 48. VANGUARD DEVEL MARKETS INDEX FUND ADMIRAL SHARES (VTMGX) | E | Dividend | O | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 49. VANGUARD EMERGING MARKETS STOCK IND FUND ADMIRAL SHARES (VEMAX) | C | Dividend | M | T | | | | | |
| 50. VANGUARD EXTENDED MKT INDEX ADMIRAL SHARES (VEXAX) | A | Dividend | K | T | | | | | |
| 51. VANGUARD INT'L GROWTH FUND ADMIRAL SHARES (VWILX) | B | Dividend | M | T | | | | | |
| 52. VANGUARD PRIME MONEY MARKET FUND (SWEEP ACCOUNT) (VMMXX) | C | Int./Div. | N | T | | | | | |
| 53. VANGUARD TOTAL INTL STOCK INDEX FUND ADMIRAL SHARES (VTIAX) | D | Dividend | O | T | Buy (add'l) | 01/23/17 | J | | |
| 54. VANGUARD TOTAL STOCK MKT INDEX FUND ADMIRAL SHARES (VTSAX) | D | Dividend | O | T | | | | | |
| 55. VANGUARD 500 INDEX FUND ADMIRAL SHARES (VFIAX) | E | Dividend | P1 | T | | | | | |
| 56. TRUST ACCOUNT #1-4 (H) | | | | | | | | | |
| 57. VANGUARD EXTENDED MARKET INDEX (VEXAX) (X) | B | Dividend | L | T | | | | | |
| 58. SAN JOAQUIN HILLS, CA TRANSP. CORRIDOR AGENCY | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedland, Michelle T. | 05/14/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 49: Name change; see 2016, line 51.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Michelle T. Friedland**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544